# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOUGLAS PRESTON SMTIH,** | : | |
| Petitioner, | : | |
| | : | No. 1:19-cv-1068 |
| v. | : | |
| | : | (Judge Rambo) |
| **KEVIN KAUFFMAN,** *et al.*, | : | |
| Respondents | : | |

## ORDER

**AND NOW**, on this 13th day of August 2019, in accordance with the Memorandum filed concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**;

2. A certificate of appealability **SHALL NOT ISSUE**. *See* 28 U.S.C. § 2253(c)(2); and

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge